UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAMIEN "DDOT" WASHINGTON,<br>                              Plaintiff,<br><br>                    -v-<br><br>EVEN LABS INC., *et al.*,<br>                              Defendants. | 26-CV-1294 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On February 16, 2026, Plaintiff Damien "DDOT" Washington filed this action in the

Southern District of New York.  (ECF No. 1.)  However, Plaintiff has failed to allege proper

venue in this District, because the complaint alleges only that relevant events took place in New

York City without indicating whether those events took place in Manhattan or the Bronx as

opposed to Brooklyn, which is where Defendant Enrique "Mag" Rodriguez resides, and which is

in the Eastern District of New York.  (*Id.* ¶¶ 8, 10; ECF No. 2 at 2.)  *See* 28 U.S.C. § 1391(b).

On February 18, 2026, the Court ordered Washington to show cause why this case should

not be transferred to the Eastern District of New York.  (ECF No. 3.)  On February 23, 2026,

Washington filed a letter consenting to transfer to the Eastern District of New York.  (ECF No.

4.)

Accordingly, the Court hereby transfers this case to the United States District Court for

the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).  *See United States ex rel.*

*Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may

exercise the discretion to transfer a case even if a defendant has not requested transfer.");

*SongByrd, Inc. v. Est. of Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme

Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

The Clerk of Court is directed to remove this case from this Court's docket and transfer it to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: February 25, 2026
      New York, New York

                                   J. PAUL OETKEN
                              United States District Judge

2