AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| DAMIEN "DDOT" WASHINGTON, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:26-cv-00005 (PCG) |
| EVEN LABS INC. and ENRIQUE "MAG" RODRIGUEZ, | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EVEN Labs Inc.
313 N. Plankton Avenue
Milwaukee, Wisconsin 53202;

Enrique "MAG" Rodriguez
339 Greene Avenue, Apt. 8G
Brooklyn, New York 11238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Guilford, Esq.
Attorney for Plaintiff
Damien "DDOT" Washington
333 Park Avenue South
Suite 3A
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   04/15/2026                                                S. GALEANO

*Signature of Clerk or Deputy Clerk*